tion by Morton B. Marshall against Edward S. Wiltbank. No opinion. Interlocutory judgment affirmed, with costs, with leave to defendant, within 20 days, to withdraw demurrer and answer, upon payment of costs of the trial court and of this appeal.

---

MASCHETTO, Respondent, v. FITZGERALD et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 15, 1912.) Action by Litterio Maschetto against Herbert W. Fitzgerald and another. No opinion. Judgment and order affirmed, with costs.

---

MATTHEWS, Appellant, v. VICTOR HOTEL CO., Respondent. (Supreme Court, Appellate Division, First Department. May 17, 1912.) Action by Franklin Matthews against the Victor Hotel Company. R. Lewis, for appellant. A. S. Weltfisch, for respondent. No opinion. Determination (74 Misc. Rep. 426, 132 N. Y. Supp. 375) affirmed, with costs. Order filed.

---

, MEADE, Respondent, v. LA MARCHE, Appellant. (Supreme Court, Appellate Division, Third Department. May 28, 1912.) Action by Thomas J. Meade against Arthur E. La Marche. No opinion. Motion denied. See, also, 134 N. Y. Supp. 479.

---

MENCZER et al., Appellants, v. AMERICAN BONDING CO. OF BALTIMORE, Respondent. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Charles S. Menczer and others against the American Bonding Company of Baltimore. L. M. Prince, for appellants. G. B. Covington, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

MERRITT, Appellant, v. SCOTT, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 8, 1912.) Action by Harry C. Merritt against William A. Scott. No opinion. Order affirmed, with $10 costs and disbursements.

---

METROPOLITAN TRUST CO. OF CITY OF NEW YORK v. MONTGOMERY. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by the Metropolitan Trust Company of the City of New York against Richard M. Montgomery. Judgment for plaintiff, and defendant moves for an order reducing same. Judgment reversed, and new trial ordered, unless plaintiff accepts reduction. Orlando P. Metcalf, of New York City, for the motion. Parsons, Closson & McIlvaine, of New York City, opposed.

PER CURIAM. Judgment reversed, and a new trial ordered, unless the plaintiff stipulates to reduce the judgment as entered, by deducting therefrom the defendant's proportionate amount of the coupons delivered to the principal debtor, and also the amount in excess of the legal interest which the principal debtor has paid to the defendant, in which event the judgment, as so modified, and the order appealed from, should be affirmed, without costs.

---

METROPOLITAN TRUST CO. OF CITY OF NEW YORK v. PARKES. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Appeal from Special Term, New York County. Action by the Metropolitan Trust Company of the City of New York against James Parkes. From a judgment overruling his motion to reduce a judgment, defendant appeals. Reversed, and new trial ordered conditionally. Orlando P. Metcalf, of New York City, for the motion. Parsons, Closson & McIlvaine, of New York City, opposed.

PER CURIAM. Judgment reversed, and a new trial ordered, unless the plaintiff stipulates to reduce the judgment as entered, by deducting therefrom the defendant's proportionate amount of the coupons delivered to the principal debtor, and also the amount in excess of the legal interest which the principal debtor has paid to the defendant, in which event the judgment, as so modified, and the order appealed from, should be affirmed, without costs.

---

MEYER v. BERMUDA-ATLANTIC S. S. CO. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Charles F. Meyer against the Bermuda-Atlantic Steamship Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 134 N. Y. Supp. 886.

---

MEYER, Respondent, v. MEYER, Appellant. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Action by Ada E. Meyer against Louis G. Meyer. T. O'Callaghan, for appellant. M. C. Katz, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, infra.

---

MEYER v. MEYER. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Ada E. Meyer against Louis G. Meyer. No opinion. Motion denied, with $10 costs. Order filed. See, also, supra.

---

MEYERS, Appellant, v. MANTELL, Respondent. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by William Meyers against Max Mantell. No opinion. Motion denied, without costs, without prejudice to renew at the Appellate Term.

---

MIERKE, Appellant, v. JEFFERSON COUNTY SAVINGS BANK, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 15, 1912.) Action by